# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**525**

**TP 11-02235**

PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF RONNIE COVINGTON, PETITIONER,

V                                                                    ORDER

JOHN LEMPKE, SUPERINTENDENT, FIVE POINTS
CORRECTIONAL FACILITY, RESPONDENT.

---

RONNIE COVINGTON, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PETER H. SCHIFF OF
COUNSEL), FOR RESPONDENT.

---

    Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Seneca County [Dennis F.
Bender, A.J.], entered November 2, 2011) to review a determination of
respondent.  The determination found after a Tier II hearing that
petitioner had violated an inmate rule.

    It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Entered:  April 20, 2012                          Frances E. Cafarell
                                                  Clerk of the Court